**Thomas Lether, OSB # 10170**
E-mail: tlether@letherlaw.com
**Eric J. Neal, OSB #110268**
E-mail: eneal@letherlaw.com
LETHER LAW GROUP
1848 Westlake Ave. N. Suite 100
Seattle, WA 98109
T: 206-467-5444
F: 206-467-5544
*Attorneys for Plaintiff*
*The Phoenix Insurance Company*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York insurance company, and SKANSKA USA BUILDING, INC., a Delaware corporation,<br><br>Defendants. | No.  3:20-cv-00517-BR<br><br>**NOTICE OF DISMISSAL** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Phoenix Insurance Company hereby voluntarily dismisses the current action without prejudice. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

NOTICE OF DISMISSAL – 1

DATED this 6th day of April , 2020.

<div style="margin-left: 50%;">

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ Eric J. Neal*
Eric J. Neal, WSBA #31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P:  (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for Plaintiff*

</div>